## SIMMONS v. STATE.
### No. 23069.

Court of Criminal Appeals of Texas.
Feb. 14, 1945.

T. D. Kimbrough, of Midland, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of the offense of selling whisky in a dry area and assessed the penalty by fine of three hundred dollars.

The record is before us without statement of facts or bills of exception. There is nothing presented for our consideration.

The judgment of the trial court is affirmed.